## WILEY v. STATE.
### No. 26019.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the unlawful sale of whisky in a dry area and punishment assessed at 365 days in jail and a fine of $335.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.